# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 7, 2014

### NO. 03-13-00682-CV

**Gerald Willis and Kimly West, Appellants**

**v.**

**Gary Huebner; Carolyn Huebner; Ron Collier; Sharon Collier;
Memory Lane Event Center, LLC; Thalia R. Morgan;
John M. Morgan and Janet S. Morgan, Appellees**

### APPEAL FROM 274TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on October 15, 2013. Gerald Willis and Kimly West have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.